**Order entered September 10, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00188-CV

**GLOBAL SUPPLY CHAIN SOLUTIONS, LLC, Appellant**

**V.**

**RIVERWOOD SOLUTIONS, INC., AND LORI AUSTIN, Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04054-2015**

## ORDER

Before the Court is appellant's September 7, 2018 unopposed motion to file a reply brief.

We **GRANT** the motion and extend the time to **October 17, 2018**.


       /s/     ADA BROWN
                JUSTICE